**X-art Unauthorized Pack 065338D**

All Tied Up

Blindfold Me Part #2

Body Language

Double Daydreams

Fantasy Come True

So Right Its Wrong

**Total Registered Works in X-art Unauthorized Pack 065338D: 6**

Exhibit C